IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-491-RJC-DCK

| | |
|---|---|
| **KWAMIR BRADLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **PROGRESS RESIDENTIAL** | ) |
| **PROPERTY MANAGER, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Jami J. Farris, filed a "Certification Of Mediation Session" (Document No. 34) notifying the Court that the parties reached a complete settlement on January 25, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 25, 2022**.

**IT IS FURTHER ORDERED** that "Defendant's Motion To Deem Requests For Admission Admitted – And – Motion To Compel" (Document No. 29) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: January 25, 2022

David C. Keesler
United States Magistrate Judge